FORM 26. Docketing Statement

Form 26
December 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### DOCKETING STATEMENT

**Case Number:** 2026-1795

**Short Case Caption:** Stratus Medical, LLC v. Avanos Medical, Inc.

**Filing Party** Stratus Medical, LLC

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Patentability of claims of U.S. Patent No. 10,966,782.

Relief awarded below (if damages, specify):     ☐ None/Not Applicable

Declaration that claims 1-27 of U.S. Patent No. 10,966,782 are unpatentable.

Briefly describe the judgment/order appealed from:

Final written decision (PTAB Paper 70) holding that the petitioner proved claims 1-27 of U.S. Patent No. 10,966,782 to be unpatentable.

| Nature of Judgment (select one:) | Date of Judgment: 2026 March 10 |
|---|---|

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Date: 2026 May 11

Signature: Matthew C. Phillips

Digitally signed by Matthew C. Phillips
Date: 2026.05.08 11:12:20 -04'00'

Name: Matthew C. Phillips