**FORM 9A. Notice of Related Case Information**                    **Form 9A (p. 1)**
                                                                    **March 2023**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number**  26-1795

**Short Case Caption**  Stratus Medical, LLC v. Avanos Medical, Inc.

**Filing Party/Entity**  Avanos Medical, Inc.

---

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

---

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Fed. Circuit Appeal No. 2026-1797

IPR2024-01210 (USPTO, PTAB)

IPR2024-01211 (USPTO, PTAB)

IPR2024-01212 (USPTO, PTAB)

Stratus Med., LLC v. Avanos Med., Inc., No. 1:25-cv-00546 (D. Del. filed May 2, 2025)

☐    Additional pages attached

2. **Names of all parties involved in the cases listed above.**  Do not duplicate the names of parties.  Do not relist the case information.  Fed. Cir. R. 47.5(b)(2)(A).

☐    Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates.    Do not relist case information and party names.  Fed. Cir. R. 47.5(b)(2)(B).

| | |
|---|---|
| Meunier Carlin & Curfman LLC | Laurence & Phillips IP Law |
| Christopher B. Kelly | Matthew Phillips |
| Warren J. Thomas | Daniel Higgs |
| Gregory J. Carlin | Kevin Laurence |
| Lee G. Hamilton | Derek Meeker |
| | Joseph Hawkins |

☐    Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/14/2026

Signature:    /s/Warren J. Thomas

Name:    Warren J. Thomas