NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STRATUS MEDICAL, LLC,**
*Appellant*

**v.**

**AVANOS MEDICAL, INC.,**
*Appellee*

---

2026-1795, 2026-1797

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2024-01209 and IPR2024-01212.

---

## O R D E R

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for both appeals.  The revised official caption is reflected in this Order.  The Certified Lists are due

2         STRATUS MEDICAL, LLC v. AVANOS MEDICAL, INC.

no later than June 16, 2026.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 28, 2026
Date