LAURENCE & PHILLIPS

Matthew C. Phillips
1050 Connecticut Ave. NW, Suite 500
Washington, DC 20036
503-964-1129
mphillips@lpiplaw.com

2026 September 15

Circuit Executive & Clerk of the Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

RE: Stratus Medical, LLC v. Avanos Medical, Inc.
Case Nos. 2026-1795 and 2026-1797
Notice of Correction to Appellant's Brief

Dear Mr. Perlow,

The Appellant Stratus Medical, LLC provides this Notice of Correction pursuant to Federal Circuit Rule 25(i)(3). The corrections noted below are made to Stratus's principal brief (Dkt. 16).

On September 8, 2026, the Court issued a Notice of Non-Compliance, objecting to the order in which addendums were attached to Stratus's principal brief. Stratus now corrects the order of the addendums. As a result of that reordering, pages 0056-0271 of the joint appendix have been renumbered. As a result of that renumbering, citations in the brief to those joint appendix pages are being updated. Specifically, joint appendix citations appearing on the following pages of the brief are being corrected: 1, 3, 13, 25, 30, 38, 40, 41, 43, 45, 46, 50, 54, 55, 57, 58, 65, 69, 70, 71, 72, 74, 75, 76, 78, 79, 82, 83, and 84. These corrections are non-substantive. No other changes to the brief are made other than the listing of addendums.

Sincerely,

LAURENCE & PHILLIPS IP LAW

By ____________________
Matthew C. Phillips, Partner
Principal Counsel for Appellant Stratus

cc: Counsel of Record via CM/ECF