**2026-1795, 2026-1797**

# United States Court of Appeals for the Federal Circuit

**STATUS MEDICAL, LLC,**
*Appellant*

v.

**AVANOS MEDICAL, INC.,**
*Appellee*

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in Case Nos.
IPR2024-01209 and IPR2024-01212

## APPELLEE'S UNOPPOSED MOTION TO EXTEND THE TIME TO FILE ITS RESPONSIVE BRIEF

WARREN J. THOMAS
GREGORY J. CARLIN
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree St NE, Suite 1300
Atlanta, GA 30309
(404) 645-7700
WThomas@mcciplaw.com
GCarlin@mcciplaw.com

*Counsel for Appellee*

September 25, 2026

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 26-1795; 26-1797

**Short Case Caption** Stratus Medical, LLC v. Avanos Medical, Inc.

**Filing Party/Entity** Avanos Medical, Inc.

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/25/2026

Signature: /s/Warren J. Thomas

Name: Warren J. Thomas

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Avanos Medical, Inc. | | Vanguard Group, Inc. |
| | | Blackrock, Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Christopher B. Kelly | Lee G. Hamilton | |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below) ☐ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Fed. R. App. P 26(b) and Fed. Cir. R. 26(b), Appellee Avanos Medical, Inc. ("Avanos") moves for an unopposed twenty-eight (28) day extension of time to file its responsive brief. Avanos's responsive brief is currently due on October 13, 2026. If the extension is granted, Avanos' responsive brief will be due November 10, 2026. Avanos has not previously requested or been granted an extension of time.

This motion is supported by good cause and is made in good faith and not for the purpose of delay or procedural advantage. Avanos seeks this extension because, between now and the current deadline, counsel is involved in other matters with intervening and/or upcoming deadlines, and counsel has long-planned international business travel in September and October and personal travel and family obligations in October. The requested extension will enable Avanos sufficient time to adequately address the issues on appeal and in preparing its brief.

As a result, Avanos respectfully requests that this Court grant this unopposed motion to extend the deadline to file their responsive brief by twenty-eight (28) days to November 10, 2026.

Appellant Stratus Medical, LLC does not oppose this request.

Date: September 25, 2026

/s/ Warren J. Thomas
Warren J. Thomas
Gregory J. Carlin
Meunier Carlin & Curfman LLC
999 Peachtree St. NE, Suite 1300
Atlanta, GA 30309

(404) 645-7700
WThomas@mcciplaw.com
GCarlin@mcciplaw.com
*Counsel for Appellee*

## DECLARATION OF WARREN J. THOMAS

Pursuant to 28 U.S.C. § 1746 and Federal Circuit Rule 26(b)(3), I declare under penalty of perjury that the statements in the foregoing motion are true and correct, and that good cause underlies the motion as described therein.

Date: September 25, 2026

/s/ Warren J. Thomas
Warren J. Thomas
Meunier Carlin & Curfman LLC
999 Peachtree St. NE, Suite 1300
Atlanta, GA 30309
(404) 645-7700
WThomas@mcciplaw.com

*Counsel for Appellee*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 26-1795, 2026-1797

**Short Case Caption:** Stratus Medical, LLC v. Avanos Medical, Inc.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

- [x] the filing has been prepared using a proportionally-spaced typeface and includes 191 words.

- [ ] the filing has been prepared using a monospaced typeface and includes _________ lines of text.

- [ ] the filing contains __________ pages / __________ words / __________ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. ______).

Date: September 25, 2026

Signature: /s/ Warren J. Thomas

Name: Warren J. Thomas