**2026-1795, 2026-1797**

---

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

---

**STRATUS MEDICAL, LLC,**
*Appellant*

v.

**AVANOS MEDICAL, INC.,**
*Appellee*

---

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in Case Nos.
IPR2024-01209 and IPR2024-01212

---

# PARTIALLY OPPOSED MOTION FOR SIX-WEEK EXTENSION OF TIME TO FILE REPLY BRIEF

---

Matthew C. Phillips (503-964-1129)
Kevin B. Laurence (202-558-6180)
LAURENCE & PHILLIPS IP LAW
1050 Connecticut Ave. NW, Suite 500
Washington, DC 20036

Daniel C. Higgs (801-933-4078)
DORSEY & WHITNEY LLP
111 S. Main St., Suite 2100
Salt Lake City, UT 84111-1276

November 20, 2026

*Counsel for Appellant*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2026-1795, 2026-1797

**Short Case Caption** Stratus Medical, LLC v. Avanos Medical, Inc.

**Filing Party/Entity** Stratus Medical, LLC

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.
2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
4. Please do not duplicate entries within Section 5.
5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 11/20/2026 Signature: /s/ M.C. Phillips

Name: Matthew C. Phillips

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br>☑ None/Not Applicable |
| Stratus Medical, LLC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Derek Meeker | Joseph Hawkins | |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below) ☐ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

## STATEMENT OF RELATED CASES

The appellant, Stratus Medical, LLC, is unaware of any other appeals in or from the same proceedings as these matters previously before this or any other appellate court.

The following other proceedings may directly affect or be directly affected by the Court's decision in this case:

- *Stratus Med., LLC v. Avanos Med., Inc.*, No. 1:25-cv-00546 (D. Del. filed May 2, 2025) (including causes of action for infringement of the '782 and '664 Patents at issue in this appeal) (stayed pending this appeal and the underlying IPRs).
- U.S. Patent Application No. 17/190,224 is a continuation of the '782 Patent at issue in this appeal.
- U.S. Patent Application No. 19/272,521 is a grandchild continuation of the '782 Patent at issue in this appeal.
- U.S. Patent Application No. 18/378,138 is a grandchild continuation of the '664 Patent at issue in this appeal.
- U.S. Patent Application No. 19/467,760 is a great grandchild continuation of the '664 Patent at issue in this appeal.
- U.S. Patent Application No. 19/664,743 is an application to reissue the '688 Patent, which was the subject of IPR2024-01210 and IPR2024-

01211, which were conducted jointly with IPR2024-01209 and IPR2024-01212, both of which are under review in this appeal.

The patent applications noted above are shown in blue in the following family-tree diagram:



Pursuant to Fed. Rule of Appellate Proc. 26(b) and Fed. Cir. Rule 26(b), the Appellant Stratus Medical, LLC files this motion for a six-week extension of time to file its appellant reply brief, which is currently due on Tuesday, December 1, 2026. If this motion is granted, the deadline will be Monday, January 12, 2027.

Good cause exists for this extension, including extensive travel, family commitments during the holidays, and numerous other work deadlines, as explained in more detail in the attached declaration.

This is Stratus's second motion for an extension of time in this appeal. The Court granted Stratus's motion (CM/ECF Doc. # 14) for a 14-day extension to file the Appellant Brief.

The Appellee has indicated that it intends to oppose any extension longer than four weeks.

Respectfully submitted,

Date: November 20, 2026

By: /s/ M.C. Phillips

Matthew C. Phillips (503-964-1129)
LAURENCE & PHILLIPS IP LAW
1050 Connecticut Ave. NW, Suite 500
Washington, DC 20036
Phone: 202-558-6080
Fax: 202-558-6081
*Principal Counsel for Appellant Stratus*

## CERTIFICATE OF COMPLIANCE

This motion has a proportionally spaced 14-point typeface, and contains 130 words, including footnotes and endnotes, based on the “Word Count” feature of Microsoft Word for Office 365 MSO®, not including those parts excluded by the Federal Rules of Appellate Procedure or Federal Circuit Rules.

Date: November 20, 2026

/s/ M.C. Phillips
Matthew C. Phillips
*Principal Counsel for Appellant Stratus*