**2026-1795, 2026-1797**

# United States Court of Appeals for the Federal Circuit

**STRATUS MEDICAL, LLC,**
*Appellant*

v.

**AVANOS MEDICAL, INC.,**
*Appellee*

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Case Nos. IPR2024-01209 and IPR2024-01212

**RESPONSE OF APPELLEE AVANOS MEDICAL, INC. TO APPELLANT'S MOTION FOR SIX-WEEK EXTENSION OF TIME**

WARREN J. THOMAS
GREGORY J. CARLIN
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree St. NE, Suite 1300
Atlanta, GA 30309
(404) 645-7700
wthomas@mcciplaw.com
gcarlin@mcciplaw.com

*Counsel for Appellee*

November 20, 2026

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 26-1795; 26-1797

**Short Case Caption** Stratus Medical, LLC v. Avanos Medical, Inc.

**Filing Party/Entity** Avanos Medical, Inc.

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.
2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
4. Please do not duplicate entries within Section 5.
5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 11/20/2026

Signature: /s/Warren J. Thomas

Name: Warren J. Thomas

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| Avanos Medical, Inc. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Christopher B. Kelly | Lee G. Hamilton | |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below) ☐ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Avanos Medical, Inc. does not oppose a four-week extension, to December 29, 2026, for Stratus Medical, LLC to file its reply brief. In Avanos's view, four weeks—seven in all to file the reply—is sufficient.

On November 9, citing counsel's travel, Stratus told Avanos that it anticipated requesting three or four weeks. In light of that travel and the holiday season, ECF No. 24-2 ¶¶4-6, Avanos agreed not to oppose, and its position has not changed. Four weeks also gives Stratus the same additional time that Avanos received for its response brief. ECF No. 20.

Six weeks is more than a reply brief requires. The rules allow 21 days for a 7,000-word reply brief (half the length of a principal brief). Fed. R. App. P. 31(a)(1); Fed. Cir. R. 32(b)(1). With the requested extension, Stratus would have 63 days (nine weeks) to file its reply—three times what the rules ordinarily provide. Stratus's motion rests on counsel's schedule—travel, the holidays, and other deadlines. ECF No. 24-2 ¶¶3-12. The motion does not identify anything about the reply brief itself that requires additional time. And Stratus has three counsel of record from two firms in these appeals. ECF No. 24-1 at 1.

Finally, counsel's declaration states that he "reserve[s] the right to file another motion for an additional extension of time." ECF No. 24-2 ¶14. Because the reply brief completes the briefing in these consolidated appeals, Avanos respectfully requests that any order granting an extension state that no further

extensions of time for the reply brief will be granted absent extraordinary circumstances.

/s/ *Warren J. Thomas*
Warren J. Thomas
Gregory J. Carlin
Meunier Carlin & Curfman LLC
999 Peachtree St. NE, Suite 1300
Atlanta, GA 30309
(404) 645-7700
wthomas@mcciplaw.com
gcarlin@mcciplaw.com

*Counsel for Appellee Avanos Medical, Inc.*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 26-1795, 26-1797

**Short Case Caption:** Stratus Medical, LLC v. Avanos Medical, Inc.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

- [x] the filing has been prepared using a proportionally-spaced typeface and includes 262 words.
- [ ] the filing has been prepared using a monospaced typeface and includes __________ lines of text.
- [ ] the filing contains __________ pages / __________ words / __________ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. __________).

Date: 11/20/2026

Signature: /s/Warren J. Thomas

Name: Warren J. Thomas